## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>    *Plaintiff*,<br><br>v.<br><br>DMDS, INC.,<br><br>    *Defendant*. | Case No. 8:18-cv-00521-JMG-CRZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Zach Hillesheim may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Zach Hillesheim with prejudice and without costs, expenses, or disbursements to any party.

Dated: March 5, 2019

**MCGILL GOTSDINER WORKMAN LEPP**

/s/ Colin Bernard
Colin Bernard  (#24511)
McGill Gotsdiner Workman Lepp
11404 W Dodge Road, Suite 500
Omaha, NE 68154
Email: colinbernard@mgwl.com
Phone: (402) 492-9200
**ATTORNEYS FOR DEFENDANT**

Dated: March 5, 2019

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**

1