IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18-CV-521 |
| vs. | |
| DMDS, INC., | JUDGMENT |
| Defendant. | |

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (filing 16), this case is dismissed with prejudice and without costs, expenses, or disbursements to any party.

Dated this 5th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge